A. N. WALKER, JR. *et al.*, Plaintiffs-Appellants, *v.* LAGRANGE STATE BANK, as Trustee, *et al.*, Defendants-Appellees.

(No. 73-43; 

Second District—October 17, 1973.

*Rehearing denied November 21, 1973.*

Opinion by Mr. JUSTICE SEIDENFELD.

Martha Jane Elkins, of Hinsdale, and Corrigan, Mackay, Quetsch & O'Reilly, of Wheaton, for appellants.

Louis M. March, Marcia Hope Zeidman, and Samuel E. Hirsch, all of Chicago, for appellees.